ALITA E. HOUGH, RESPONDENT, v. HELLER BROTHERS
COMPANY, APPELLANT.

Submitted December 9, 1918—Decided March 3, 1919.

An employe of defendant, in loading a truck in the course of his
employment, lifted the tailboard to permit the plaintiff, a traveler
on the sidewalk, to pass; the jury might have found that
it then fell without fault of the plaintiff and injured her. *Held*,
that the question of defendant's liability was for the jury.

On appeal from the Essex County Circuit Court.

For the respondent, *W. Howard Demarest*.

For the appellant, *Kellogg & Chance*.

The opinion of the court was delivered by

SWAYZE, J. The plaintiff was injured while traveling
along the sidewalk by the defendant's factory. A truck of a
transportation company was at the time backed up and in
process of loading. One O'Neill, an employe of Heller
Brothers Company, was assisting at this work. The tail-
board of the truck was down, projected over the sidewalk,
and obstructed passage of the plaintiff. O'Neill lifted it to
permit plaintiff to pass. The jury might have found that it
then fell without fault of the plaintiff and caused the injuries
for which she sues.

The only grounds of appeal are the refusal to nonsuit and
to direct a verdict for defendants. The basis of defend-
ant's appeal is that O'Neill was not at the time engaged in
the defendant's business. It is said that raising the tail-
board of the truck was no part of his duties. To us it seems
that it was incidental to his work of assisting in loading the
truck; it was done to prevent this work from interfering
with the rights of the public to pass on the sidewalk. Even
if done merely out of politeness, the act was none the less

done in furtherance of the work. We cannot assume that the defendant meant that the ordinary acts of courtesy should not be performed on its behalf, where the need arose from the transaction of its business.

Let the judgment be affirmed, with costs.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, JJ. 14.

*For reversal*—None.